UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 14-CR-0023

TODD DAVID DOUGHTY,

      Defendant.

**ORDER GRANTING MOTION TO ADJOURN TRIAL**

The government has filed a motion to adjourn the trial which is currently scheduled for June 9, 2014. The reason for the request is that the parties have been unable to resolve the case and the government intends to add another party and additional charges. The government argues that the charges are inextricably linked and that the defendant it seeks to add is a co-actor in the offense. Thus, it would be in the best interest of the public and the parties to try the cases and charges together.

The Court is in agreement and grants the motion to adjourn. Further, the Court finds that the delay required by the postponement is justified by the interests of justice in trying all charges and defendants in a single proceeding and allowing the parties sufficient time to prepare for trial. This interest outweighs the interests of either the public or the defendant in a speedy trial. The Court also notes the defendant is not in custody and through counsel has not objected to the motion. Accordingly, the motion is granted and the case is removed from the trial calendar. The Court also

removes the final pretrial scheduled for May 29, 2014, at 2:30 p.m. from the court calendar.  Further proceedings will be scheduled upon return of the Indictment adding the new charges and the new defendant to the case.

**SO ORDERED** this   28th   day of May, 2014.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court